## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN RE: EMIL SFEDU | : | No. 564 EAL 2017 |
| | : | |
| | : | |
| | : | |
| PETITION OF: EMIL SFEDU | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.